ORIGINAL

FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0536

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0536

FILED

JUL 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE ELECTION
OF A COUNTY COMMISSIONER
AND COURT REPORTER TO THE
DISTRICT COURT COUNCIL

O R D E R

The terms of County Commissioner member Randy Brodehl and Court Reporter member Glenda Travitz expired on June 30, 2020. The Court thanks Mr. Brodehl and Ms. Travitz for their service to the District Court Council, to this Court, and to the people of Montana.

Pursuant to § 3-1-1602(1)(c)(iii), MCA, an election was held by the Montana Association of Counties and Flathead County Commissioner Randy Brodehl was re-elected as the County Commissioner member to the District Court Council.

Pursuant to § 3-1-1602(1)(c)(iv), an election was held by the Montana Court Reporters Association and Court Reporter Glenda Travitz was re-elected as the Court Reporter member to the District Court Council.

Now, therefore, I, Mike McGrath, Chief Justice of the Supreme Court of the State of Montana, in accordance with the results of said procedure, do hereby CERTIFY that Randy Brodehl and Glenda Travitz were re-elected as members of the District Court Council for three-year terms that expire on June 30, 2023.

The Clerk is directed to provide a copy of this Order to Randy Brodehl, Glenda Travitz, the Montana Secretary of State for filing, the State Bar of Montana, and the Office of the Supreme Court Administrator.

IN WITNESS WHEREOF I have set my hand and caused the seal of this Court to be affixed this 15 day of July, 2020.

Chief Justice